MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
JAY D. JINGUJI, ) Bankruptcy No.09-54072
)
)
)
Debtor. )
_____ ) HON. ROGER L. EFREMSKY

**MOTION TO CONVERT TO CHAPTER 13**

The debtor moves the court for an order converting this case to one under Chapter 13.

                                            MORAN LAW GROUP

Date: _____ _____
                                       CATHLEEN COOPER MORAN
                                       Attorney for Jay Jinguji