MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                  )   Chapter 7
                                        )
JAY D. JINGUJI,                         )   Bankruptcy No.09-54072
                                        )
                                        )
                                        )
                Debtor.                 )
_____ )   HON. ROGER L. EFREMSKY

### CERTIFICATE OF SERVICE VIA FACSIMILE

I, Erik Rodgers, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

I am over the age of 18 years and not a party to this action. My business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

Following normal office practices, on July 21, 2009, I served a true copy of the document(s) titled:

**1)      MOTION TO CONVERT TO CHAPTER 13**

on each of the following by sending it/them via a facsimile machine to the phone numbers as shown below:

Carol Wu, Trustee                    Fax No.: 408/404-7039

US Trustee, San Jose                 Fax No.: 408/535-5532

Executed on July 21, 2009, at Mountain View, California.

_____
Erik Rodgers

**Faxes - Fax Delivery Successful to 14084047039**

| | |
|---|---|
| **From:** | MyFax <NoReply@MyFax.com> |
| **To:** | <faxes@moranlaw.net> |
| **Date:** | 7/21/2009 4:21 PM |
| **Subject:** | Fax Delivery Successful to 14084047039 |
| **Attachments:** | 193853078.tif |



**Fax for Free.**
**Tell a friend about MyFax today.**

**Have a question?**
**support@myfax.com**

| | |
|---|---|
| Fax Delivery Number: | 14084047039 |
| Fax Recipient: | To:Chapter 7 T`ee S.J. Wu |
| Sent at: | 07/21/2009 04:28:50 PM (GMT-7:00) |
| Pages: | 1 |
| Duration: | 50 |
| Cost: | 0.1000 USD |
| Tax - GST: | 0.0000 USD |
| Tax - PST: | 0.0000 USD |
| Total Cost: | 0.1000 USD |
| Customer Number: | 423458 |
| Reference Number: | 193853078 |
| Billing Code: | 423458 |

Thank you for using .

**Faxes - Fax Delivery Successful to 14085355532**

| | |
|---|---|
| **From:** | MyFax <NoReply@MyFax.com> |
| **To:** | <faxes@moranlaw.net> |
| **Date:** | 7/21/2009 4:21 PM |
| **Subject:** | Fax Delivery Successful to 14085355532 |
| **Attachments:** | 193853077.tif |



**Fax for Free.**
**Tell a friend about MyFax today.**

**Have a question?**
**support@myfax.com**

| | |
|---|---|
| Fax Delivery Number: | 14085355532 |
| Fax Recipient: | To:US T`ee S.J. |
| Sent at: | 07/21/2009 04:28:40 PM (GMT-7:00) |
| Pages: | 1 |
| Duration: | 37 |
| Cost: | 0.1000 USD |
| Tax - GST: | 0.0000 USD |
| Tax - PST: | 0.0000 USD |
| Total Cost: | 0.1000 USD |
| Customer Number: | 423458 |
| Reference Number: | 193853077 |
| Billing Code: | 423458 |

Thank you for using .