MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
JAY D. JINGUJI, ) Bankruptcy No.09-54072
)
)
)
Debtor. )
_____ ) HON. ROGER L. EFREMSKY

**NOTICE OF MOTION FOR CONVERSION OF CASE AND
OPPORTUNITY FOR HEARING**

To: Chapter 7 Trustee, the U.S. Trustee, and all other parties in interest

Please take note that the debtor has filed a motion to convert his Chapter 7 case to one under Chapter 13. This matter is governed by Local Bankruptcy Rule 4001-4 of the Northern District of California Bankruptcy Court. Objections to the above-proposed motion must be in writing and filed with the Clerk of the Bankruptcy Court and served upon the debtor, the Chapter 7 trustee, the United States Trustee and debtor's counsel Cathleen Cooper Moran at the address above <u>not later than 10 days after the service of this notice</u>.

If an objection is timely filed and served on the undersigned, the debtor will obtain a court hearing date and give at least 7 and no more than 15 days written notice of the hearing to the objecting party, the Chapter 7 trustee and the United States Trustee. Any

objections not timely filed and served shall be deemed waived.  The moving party may then ask that the court approve the motion  without a hearing.

                              MORAN LAW GROUP

Date: _____        _____
                              CATHLEEN COOPER MORAN
                              Attorney for Jay Jinguji