MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
JAY D. JINGUJI, ) Bankruptcy No.09-54072
)
)
)
Debtor. )
_____ ) HON. ROGER L. EFREMSKY

**DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT OF MOTION TO CONVERT CASE**

I, Cathleen Cooper Moran, declare:

1. I am an attorney duly licensed to practice in the State of California and before the Federal Courts in the Northern District of California and a shareholder of Moran Law Group, Inc., counsel to the debtors herin. I make this declaration of my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. On July 21, 2009, my staff gave notice to creditors and other parties in interest of the debtor's motion to convert their case to Chapter 13. A copy of the notice and proof of service is attached hereto as Exhibit A.

3. The time set for objections to the motion as set forth in the notice has passed and no objections have been filed or otherwise manifested.

1 DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT OF
MOTION TO CONVERT CASE

| | |
|---|---|
| 1 | I declared under penalty of perjury that the forgoing is true and correct. |
| 2 | Executed on August 20, 2009 at Mountain View, California. |
| 3 | |
| 4 | _____<br>CATHLEEN COOPER MORAN |