UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: JAY JINGUJI          Chapter 7

                            Bankruptcy No.: 09-54072 RLE

EXHIBIT A

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
JAY D. JINGUJI, ) Bankruptcy No.09-54072
)
)
)
Debtor. )
_____ ) HON. ROGER L. EFREMSKY

**NOTICE OF MOTION FOR CONVERSION OF CASE AND OPPORTUNITY FOR HEARING**

To: Chapter 7 Trustee, the U.S. Trustee, and all other parties in interest

Please take note that the debtor has filed a motion to convert his Chapter 7 case to one under Chapter 13. This matter is governed by Local Bankruptcy Rule 4001-4 of the Northern District of California Bankruptcy Court. Objections to the above-proposed motion must be in writing and filed with the Clerk of the Bankruptcy Court and served upon the debtor, the Chapter 7 trustee, the United States Trustee and debtor's counsel Cathleen Cooper Moran at the address above <u>not later than 10 days after the service of this notice</u>.

If an objection is timely filed and served on the undersigned, the debtor will obtain a court hearing date and give at least 7 and no more than 15 days written notice of the hearing to the objecting party, the Chapter 7 trustee and the United States Trustee. Any

1 objections not timely filed and served shall be deemed waived.  The moving party may
2 then ask that the court approve the motion  without a hearing.

                                MORAN LAW GROUP

Date: _____        _____
                                   CATHLEEN COOPER MORAN
                                   Attorney for Jay Jinguji

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 7
)
JAY D. JINGUJI, ) Bankruptcy No.09-54072
)
)
)
)
Debtor. )
_____ ) HON. ROGER L. EFREMSKY

**CERTIFICATE OF SERVICE BY MAIL**

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On July 21, 2009, I served a copy, with all exhibits, of the following documents:

1) **NOTICE OF MOTION FOR CONVERSION OF CASE AND OPPORTUNITY FOR HEARING**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**SEE ATTACHED LIST**

-1-   CERTIFICATE OF SERVICE BY MAIL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 21, 2009, at Mountain View, California.

_____
Erik Rodgers

-2-

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| Carol Wu, Trustee<br>25A Crescent Dr., #413<br>Pleasant Hill, CA 94523 | US Trustee, San Jose<br>280 S. First St., #268<br>San Jose, CA 95113 | ACI<br>2420 Sweet Home Road, Ste 150<br>Amherst, NY 14228-2244 |
| Alliance One<br>4850 Street Rd. Ste. 300<br>Trevose, PA 19053 | Allstate Collection Bureau<br>1050 East Flamingo, Ste 230<br>Las Vegas, NV 89119 | American Express<br>Customer Service<br>PO Box 297804<br>Ft. Lauderdale, FL 33329-7804 |
| AOL<br>PO Box 30623<br>Tampa, FL 33630-0623 | Apex Financial Management, LLC<br>PO Box 2219<br>Northbrook, IL 60065-2219 | Atty Gen, US Dept of Justice<br>Civil Trial Sec., Western Reg.<br>PO Box 683, Ben Franklin Stat.<br>Washington, DC 20044 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Belmont Park Community Assoc.<br>630 Trade Center Dr. Ste 100<br>Las Vegas, NV 89119 | BMW Financial Services<br>Cstmr Svc Ctr<br>PO Box 3608<br>Dublin, OH 43016-0306 |
| CA EDD<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | Capital Recovery III<br>c/o Recovery Mgmt Systems / HSBC<br>25 SE 2nd Ave., #1120<br>Miami, FL 33131 | Capital Recovery III<br>c/o Recovery Mgmt Systems<br>25 SE 2nd Ave., #1120<br>Miami, FL 33131 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850 | Chase Card Services<br>PO Box 5298<br>Wilmington, DE 19850-5298 | Consolidated Utilities Billing & Service<br>9700 Goethe Rd., Ste C<br>Sacramento, CA |
| Countrywide Home Loans<br>Attn: Bankruptcy Department<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | County of Sacramento<br>Department of Finance<br>700 H. Street, Room 1710<br>Sacramento, CA 95812-0508 | County of Santa Clara<br>Tax Collector<br>County Government Ctr, East Wing<br>70 W. Hedding St.<br>San Jose, CA 95110-1767 |
| Creditors Financial Group, Llc.<br>PO Box 440290<br>Aurora, Co 80044-0290 | Creditors Interchange<br>PO Box 1335<br>Buffalo, NY 14240-1335 | Discover<br>PO Box 3025<br>New Albany, OH 43054 |
| Faslo Solutions, LLC<br>1 First American Way<br>Westlake, TX 76262 | First Financial Asset Mgmt.<br>PO Box 901<br>Fort Mill, SC 29716-0901 | Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0041 |
| Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Hilco Receivables, LLC<br>One Northbrook Place<br>5 Revere Drive û Suite 510<br>Northbrook, IL 60062 | HSBC<br>PO Box 60119<br>City of Industry, CA 91716-0119 |

| | | |
|---|---|---|
| IndyMac Bank, FSA<br>PO Box 4045<br>Kalamozoo, MI 94003-4045 | IndyMac Bank, FSB<br>PO Box 4045<br>Kalamozoo, MI 94003-4045 | Internal Revenue Service<br>Insolvency, MS 5420/5430<br>Special Procedures<br>55 S. Market St.<br>San Jose, CA 95113-21334 |
| Internal Revenue Service<br>Insolvency Section<br>PO Box 21126, Stop N781<br>Philadelphia, PA 19114 | JPMorgan Chase<br>Pite Duncan<br>c/o Katherine Johnson<br>PO Box 17933<br>San Diego, CA 92177 | JPMorgan Chase<br>Pite Duncan<br>4375 Jutland Dr., #200<br>PO Box 17933<br>San Diego, CA 92177 |
| Katherine Johnson<br>Pite Duncan<br>PO Box 17933<br>San Diego, CA 92177 | John P. Frye, P.C.<br>PO Box 13665<br>Roanoke, VA 24036-3665 | Matthew B. Learned<br>McCarthy & Holthus<br>1770 4th Ave.<br>San Diego, CA 92101 |
| Luxor Hotel & Casino<br>3900 Las Vegas Blvd, South<br>Las Vegas, NV 89119-1000 | Mastercard<br>PO Box 80045<br>Salinas, CA 93912-0045 | Meriwest Credit Union<br>FIA Card Services<br>PO Box 15726<br>Wilmington, DE 19850-5726 |
| MRS Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | Nationwide Credit, Inc.<br>2015 Vaughn Rd NW, Bld.400<br>Kennesaw, GA 30144-7801 | NCB Management Services, Inc<br>PO Box 1099<br>Langhorne, PA 19047 |
| NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 | NCO Financial Systems, Inc.<br>PO Box 15630<br>Dept. 81<br>Wilmington, DE 19850 | OneWest Bank FSB<br>McCarthy & Holthus<br>1770 4th Ave.<br>San Diego, CA 92101 |
| Protocol Recovery Service, Inc.<br>509 Mercer Ave<br>Panama City, FL 32401 | Quality Loan Service Corp.<br>2141 5th Avenue<br>San Diego, CA 92101 | Red Rock Financial Services<br>6830 West Oquendo Road, Ste 201<br>Las Vegas, NV 89118 |
| Republic Services<br>PO Box 98508<br>Las Vegas, NV | Secretary of the Treasury<br>15th & Pennsylvania Ave. NW<br>Washington, DC 20220 | SBOE<br>Attn: Spec. Proced. Sect. MIC:55<br>PO Box 942879<br>Sacramento, CA 94279 |
| Sunrise Credit Services<br>260 Airport Plaza<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072 | US Atty, Chief Tax Division<br>450 Golden Gate Ave.<br>10th Floor, Box 36055<br>San Francisco, CA 94102 |
| US Bank<br>PO Box 6335<br>Fargo, ND 58125-6335 | Washington Mutual Card Services<br>PO Box 660509<br>Dallas, TX 75266-0509 | |

# File a Notice:

09-54072 Jay D. Jinguji

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 5 (San Jose) |
| Assets: n | Judge: RLE | Case Flag: DebtEd, MEANSNO |

## U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Filing

The following transaction was received from Cathleen Cooper Moran entered on 7/21/2009 at 4:46 PM PDT and filed on 7/21/2009

**Case Name:** Jay D. Jinguji
**Case Number:** 09-54072
**Document Number:** 24

**Docket Text:**
Notice and Opportunity for Hearing *on Motion to Convert to Chapter 13* (RE: related document(s)[23] Motion to Convert Case to Chapter 13 Filed by Debtor Jay D. Jinguji). Filed by Debtor Jay D. Jinguji (Attachments: # (1) Certificate of Service by Mail) (Moran, Cathleen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice.Convert-13.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=7/21/2009] [FileNumber=11187950-0] [2ecea0b6259337106168ef38ff3f7f6a6bfa41dd4c7a0f25230c63948e86c3ee61 6a2c67c08d8636a8aff776626dc0bfa2d22b649f19ceb2dc09d84d3725fe04]]

**Document description:** Certificate of Service by Mail
**Original filename:** COS.mail.Notice.Convert-13.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=7/21/2009] [FileNumber=11187950-1] [385d8826f7b00bea228693d9e793116e8c9443f37dba0506c5fd1de8644ee65bbe 02cf04645bdb7176c3822b99d1b4025e1415df78c292ca93989d1cb61cbdb7]]

**09-54072 Notice will be electronically mailed to:**

Katherine L. Johnson on behalf of Requestor JPMorgan Chase Bank, National Association
ecfcanb@piteduncan.com

Matthew B. Learned on behalf of Creditor OneWest Bank FSB, successor in interest to IndyMac Federal Bank FSB, its assignees and/or successors
bknotice@mccarthyholthus.com, mlearned@mccarthyholthus.com

Renee C. Mendoza on behalf of Debtor Jay Jinguji

Case: 09-54072    Doc# 28-1    Filed: 08/20/09    Entered: 08/20/09 11:15:19    Page 8 of 9

ecf@moranlaw.net,renee@moranlaw.net

Cathleen Cooper Moran on behalf of Debtor Jay Jinguji
ecf@moranlaw.net,renee@moranlaw.net

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Carol Wu
cwu1@sbcglobal.net, ca86@ecfcbis.com

**09-54072 Notice will not be electronically mailed to:**

Capital Recovery III LLC c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605