1 MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
2 RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
3 Mountain View, CA 94043-1375
Tel.: (650) 694-4700
4 Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net
5
Attorney for Debtor
6

7

8                    UNITED STATES BANKRUPTCY COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
9

10

11 In Re:                              )      Chapter 7
                                       )
12 JAY D. JINGUJI,                     )      Bankruptcy No.09-54072
                                       )
13              Debtor.                )
   _____ )      HON. ROGER L. EFREMSKY
14
            **CERTIFICATE OF SERVICE VIA FACSIMILE**
15
        I, Erik Rodgers, the undersigned, do hereby declare under penalty of perjury that
16 the following statements are true and correct:

17      I am over the age of 18 years and not a party to this action.  My business address is
   1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.
18
        Following normal office practices, on August 20, 2009, I served a true copy of the
19 document(s) titled:

20      **1)    DECLARATION OF CATHLEEN COOPER MORAN IN SUPPORT
                OF MOTION TO CONVERT CASE**
21
        **2)    (Proposed) ORDER APPROVING CONVERSION OF CASE TO
22              CHAPTER 13**

23 on each of the following by sending it/them via a facsimile machine to the phone numbers
   as shown below:
24
        Carol Wu, Trustee                      Fax No.: 408/404-7039
25
        US Trustee, San Jose                   Fax No.: 408/535-5532
26
        Executed on August 20, 2009, at Mountain View, California.
27
                                       _____
28                                     Erik Rodgers

                                                  CERTIFICATE OF SERVICE VIA FACSIMILE

**Faxes - Fax Delivery Successful to 14084047039**

**From:**      MyFax <NoReply@MyFax.com>
**To:**        <faxes@moranlaw.net>
**Date:**      8/20/2009 10:55 AM
**Subject:**   Fax Delivery Successful to 14084047039
**Attachments:** 197385188.tif



**Fax for Free.**
**Tell a friend about MyFax**
**today.**

**Have a question?**
**support@myfax.com**

| | |
|---|---|
| Fax Delivery Number: | 14084047039 |
| Fax Recipient: | To:Chapter 7 T`ee S.J. Wu |
| Sent at: | 08/20/2009 11:03:37 AM (GMT-7:00) |
| Pages: | 13 |
| Duration: | 380 |
| Cost: | 1.3000 USD |
| Tax - GST: | 0.0000 USD |
| Tax - PST: | 0.0000 USD |
| Total Cost: | 1.3000 USD |
| Customer Number: | 423458 |
| Reference Number: | 197385188 |
| Billing Code: | 423458 |

Thank you for using [ ].

file://C:\Documents and Settings\Erik\Local Settings\Temp\XPgrpwise\4A8D2BA8Moran...   8/20/2009

**Faxes - Fax Delivery Successful to 14085355532**

**From:**        MyFax <NoReply@MyFax.com>
**To:**          <faxes@moranlaw.net>
**Date:**        8/20/2009 10:52 AM
**Subject:**     Fax Delivery Successful to 14085355532
**Attachments:** 197385191.tif



<table>
<tr><td>Fax Delivery Number:</td><td>14085355532</td></tr>
<tr><td>Fax Recipient:</td><td>To:US T`ee S.J.</td></tr>
<tr><td>Sent at:</td><td>08/20/2009 11:00:52 AM (GMT-7:00)</td></tr>
<tr><td>Pages:</td><td>13</td></tr>
<tr><td>Duration:</td><td>216</td></tr>
<tr><td>Cost:</td><td>1.3000 USD</td></tr>
<tr><td>Tax - GST:</td><td>0.0000 USD</td></tr>
<tr><td>Tax - PST:</td><td>0.0000 USD</td></tr>
<tr><td>Total Cost:</td><td>1.3000 USD</td></tr>
<tr><td>Customer Number:</td><td>423458</td></tr>
<tr><td>Reference Number:</td><td>197385191</td></tr>
<tr><td>Billing Code:</td><td>423458</td></tr>
</table>

**Fax for Free.**
**Tell a friend about MyFax today.**

**Have a question?**
**support@myfax.com**

Thank you for using [×].