MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

**The following constitutes**
**the order of the court. Signed August 20, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | |
| JAY D. JINGUJI, ) | Bankruptcy No.09-54072 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |
| _____ ) | HON. ROGER L. EFREMSKY |

## ORDER APPROVING CONVERSION OF CASE TO CHAPTER 13

This matter came before the Court on the debtor's moitn to convert the case to Chapter 13. Notice being proper, no objections having been filed and good cause appearing, the moiton is granted and the case converted to one under Chapter 13.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Moran Law Group, Inc.<br>1674 N. Shoreline Blvd., Ste. 140 |
| 3 | Mountain View, CA 04403 |
| 4 | United States Trustee<br>280 South First Street |
| 5 | Suite 268<br>San Jose, CA 95113 |
| 6 | |
| 7 | Devin Derham-Burk, Trustee<br>P.O. Box 50013<br>San Jose, CA 95150 |
| 8 | |
| 9 | Jay Jinguji<br>5547 Cooney Pl.<br>San Jose, CA 95123 |