

The following constitutes
the order of the court. Signed February 5, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   )   Case No: 09-54072 SLJ
         )
   Jay D. Jinguji   )   Chapter No. 13
         )
Debtor   )   **ORDER TO PAY UNCLAIMED FUNDS**
         )

It appearing that the check(s) made payable to Hudson & Keyse LLC, in the amount of $1,316.46 was not cashed within the 90 day limit and an unclaimed money report was entered on 10/20/2015 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Hudson & Keyse, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,316.46, to:

Hudson & Keyse LLC
35308 SE Center St
Snoqualmie, WA 98065-9216.

**End of Order**
**No Service List Requested**